timony and conduct in performing their obligations to support his contention. After reviewing the entire record, we conclude the district court's findings of fact are not clearly erroneous and we affirm the judgment under N.D.R.App.P. 35.1(a)(2).

[¶ 2] GERALD W. VANDE WALLE, C.J., DALE V. SANDSTROM, WILLIAM A. NEUMANN, MARY MUEHLEN MARING, JJ., concur.

[¶ 3] The Honorable DONALD L. JORGENSEN, D.J., sitting in place of KAPSNER, J., disqualified.

PER CURIAM.

[¶ 1] Jimmie Bates appeals from a judgment of conviction entered upon a jury verdict finding him guilty of gross·sexual imposition. Bates argues there was insufficient evidence to convict him of the crime. Concluding there was sufficient evidence to uphold the guilty verdict, we summarily affirm the conviction under N.D.R.App.P. 35.1(a)(3).

[¶ 2] GERALD W. VANDE WALLE, C.J., DALE V. SANDSTROM, WILLIAM A. NEUMANN, MARY MUEHLEN MARING, and CAROL RONNING KAPSNER, JJ., concur.

---

2004 ND 222

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Jimmie Lee BATES, Defendant and Appellant.**

**No. 20040095.**

Supreme Court of North Dakota.

Dec. 14, 2004.

Birch P. Burdick, State's Attorney, Courthouse, Fargo, N.D., for plaintiff and appellee; submitted on brief.

Steven D. Mottinger, Fargo, N.D., for defendant and appellant; submitted on brief.

---

2004 ND 221

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Ronald R. ERNST, Defendant and Appellant.**

**No. 20040117.**

Supreme Court of North Dakota.

Dec. 14, 2004.

Ronald R. Ernst, pro se, Bismarck, N.D., defendant and appellant.

Trent W. Mahler, Assistant State's Attorney, Fargo, N.D., for plaintiff and appellee.